**In re XL SPECIALTY INSURANCE COMPANY and Cambridge Integrated Services Group Inc., Relators.**

No. 05–10–01067–CV.

Court of Appeals of Texas, Dallas.

Oct. 27, 2010.

David Brenner, Burns Anderson Jury & Brenner, L.L.P., Austin, for Relators.

Michael P. Doyle, Doyle Raizner, LLP, Houston, for Real Party in Interest.

Before Justices MOSELEY, LANG, and MYERS.

### MEMORANDUM OPINION

Opinion by Justice LANG.

Relators contend the trial court erred in ordering them to produce certain documents. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief re-

quested. *See* Tex.R.App. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992). Accordingly, we **DENY** relators' petition for writ of mandamus.